**FILED**
**JAN 11 2023**
U.S. DISTRICT COURT
EVANSVILLE, INDIANA

3:23-cv-4-RLY-MPB

1. [Party/Attorney]
2. [Street Address]
3. [City, State ZIP]

4. In the [Superior/District] Court for the County of Vanborgh [County]
5.
6. in the State of IN. [State]

7. [Plaintiff Name],
8. Jimmie Lee Culley JR
   Plaintiff,
9. v.
10. [Defendant Name],
11. CHAD FERGUSON (MAJOR)
    Defendant.
12. DAVE WEDDING

Case No.:

Complaint INMATE RIGHTS

13. Plaintiff Jimmie Lee Culley JR brings forth the following causes of
14. action and alleges the following:
15. 1. Plaintiff is an individual and a resident of 12645 Rolling Meadow DR, Evansville IN 47725.
16. 2. Defendant is a legally defined business entity, formed under the laws of
17. State of IND, and located at [Address] Evansville Vanderburgh County Jail
18. [City] Evansville, [State] IN. [ZIP] 47711. 3500 N. Harlan
19. 3. On about March 10, 2018, _____
20.
21.
22. 4. On about _____
23.
24.
25. 5.
26.
27.
28.

Plaintiff brings forth the following counts and allegations supporting Plaintiff's cause of action:

**Count 1 –** _____.

MARCH 10, 2018 Thru 12 March 2018. ALL JAIL employes Including Major Chad Ferguson, Dave Wedding, Did not Follow Proper Procedure for Inmate, since I am on Disability, I ask to see Nurse go to Hopital over 36 Times, Told there was no Nurse Here laughed at. I got None medication in which I was Prescibe. This was turned in To The FBI Office by plaintiff Dec 20, 2022 As A Hate Crime, FBI office Indy Ind.
Fair Disbility Act 1983, Inmates Rights.

**Damages**

WHEREFORE, Plaintiff seeks compensatory damages in the amount of $65, million Dollars plus all attorney fees and costs incurred by Plaintiff in connection with this action.

Additionally, Plaintiff seeks _____

Respectfully submitted this ____ day of _____, ____

_____
[Party's Name]

Name: [Signer]
Its:
Plaintiff

Complaint - 2          https://www.northwestregisteredagent.com/legal-forms/lawsuit/complaint