UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| JIMMIE LEE CULLEY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:23-cv-00004-RLY-MPB |
| | ) | |
| CHAD FERGUSON, Major, and | ) | |
| DAVE WEDDING, | ) | |
| | ) | |
| Defendants. | ) | |

# FINAL JUDGMENT

Consistent with the Order issued this date, the court enters final judgment in favor of Defendants and against Plaintiff.

**SO ORDERED** this 14th day of February 2023.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Roger Sharpe, Clerk
United States District Court

_____
By: Deputy Clerk

Distributed Electronically to Registered

1